IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE M. LOVELESS,<br><br>  Plaintiff,<br><br>  v.<br><br>GOLDMAN SACHS & COMPANY,<br><br>  Defendant.<br>_____/ | No. C 06-07961 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: July 13, 2007 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 1, 2007.

DESIGNATION OF EXPERTS: 11/1/07; REBUTTAL: 11/15/07.
   Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 19, 2007.

DISPOSITIVE MOTIONS **SHALL** be filed by September 28, 2007;

   Opp. Due October 12, 2007;  Reply Due October 19, 2007;

   and set for hearing no later than November 2, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: January 22, 2008 at 3:30 PM.

JURY TRIAL DATE: February 4, 2008 at 8:30 AM.,
   Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to Magistrate Judge Spero for settlement purposes. The settlement conference shall occur on June 7, 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_____
SUSAN ILLSTON
United States District Judge