# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105
telephone 415-856-7000 • facsimile 415-856-7100 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(415) 856-7069
jenniferblackstone@paulhastings.com

May 10, 2007

21166.00026

**VIA HAND DELIVERY**

The Honorable Joseph C. Spero
U.S. District Court, Northern District of California
450 Golden Gate Avenue
Federal Building
15th Floor, Courtroom A
San Francisco, CA 94102

Re:   *Laurie Loveless v. Goldman, Sachs & Co., Christopher Lalli and Christopher Burns*
       Case No. C-06-07961 SI

Dear Judge Spero:

We represent Goldman, Sachs & Co., Christopher Lalli and Christopher Burns, the named defendants in the above referenced action. On behalf of the defendants, we respectfully request that the Court excuse the individual defendants, Mr. Lalli and Mr. Burns, from the June 7, 2007, settlement conference. Mr. Lalli has longstanding family vacation plans for that day with his father and brother. As a result, we believe that requiring Mr. Lalli to attend the settlement conference would place an undue hardship on Mr. Lalli and his family. In addition, Mr. Lalli and Mr. Burns have no authority to negotiate a full settlement of this case. Gena Palumbo, Goldman, Sachs's representative who will be present at the conference, has authority to settle this claim on behalf of all defendants. Mr. Burns will be available by phone for the duration of the settlement conference should the Court be inclined to grant our request.

Finally, I spoke with Margaret Grover, counsel for plaintiff Laurie Loveless, regarding our intention to submit this request. Plaintiff has no objection to our request.

We trust that these facts obviate the need for the individual defendants to be present at the settlement conference. Please notify us at your earliest convenience if the individual defendants may be excused from the settlement conference.

Thank you in advance for your time and consideration.

Paul Hastings

The Honorable Joseph C. Spero
May 10, 2007
Page 2

Respectfully submitted,

*Jennifer A. Blackstone*
Jennifer A. Blackstone
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

cc:   Margaret J. Grover
      M. Kirby C. Wilcox

    IT IS HEREBY ORDERED that individual defendants Christopher Lalli and Christopher Burns may be excused from personally attending the June 7, 2007 Settlement Conference in this matter. IT IS FURTHER ORDERED that said defendants make themselves available by telephone for the duration of the Settlement Conference.

DATED:   May 11, 2007

